**NOT FOR CITATION**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| MICHAEL BENNETT and LINDA BENNETT,<br><br>    Plaintiffs,<br><br>  v.<br><br>ISLAMIC REPUBLIC OF IRAN,<br><br>    Defendant. | No. CV 11-80065 MISC CRB (NJV)<br><br>**ORDER TERMINATING PLAINTIFFS' MOTIONS**<br><br>(Docket Nos. 5, 6, 9, 10, 11) |

    The district court has referred Plaintiffs Michael Bennett and Linda Bennett's Application for Writ of Attachment to this Court for determination. Doc. No. 4. On June 14, June 23, and June 24, 2011, Plaintiffs filed various motions and a request to shorten time to hear their motions on July 1, 2011. Plaintiffs' filings are unclear and do not conform to the local rules. There are duplicate filings of documents that are almost identical, but with some differences, and it is unclear to the Court which filing Plaintiffs intend to submit for the Court's consideration. Therefore, these motions are terminated to allow Plaintiffs to re-file and correct their filings.

**IT IS SO ORDERED.**

Dated: June 27, 2011

                                      NANDOR J. VADAS
                                      United States Magistrate Judge