**NOT FOR CITATION**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| MICHAEL BENNETT and LINDA BENNETT, | No. CV 11-80065 MISC CRB (NJV) |
| Plaintiffs, | **ORDER GRANTING PLAINTIFF'S MOTION TO SHORTEN TIME** |
| v. | (Docket No. 14) |
| Islamic Republic of Iran, | |
| Defendant. | |

The district court has referred Plaintiffs Michael Bennett and Linda Bennett's Application for Writ of Attachment to this Court for determination. Doc. No. 4. In response to the Court's order vacating Plaintiffs' ex parte motions to enforce judgment and shorten time to allow Plaintiffs to correct and clarify their filings, Plaintiffs re-filed their ex parte motions to enforce judgment and shorten time. Doc. Nos. 13, 14. Plaintiffs move to shorten time to hear their ex parte motion to enforce judgment to July 1, 2011. Having carefully considered the papers submitted, and for good cause shown, the Court **grants** Plaintiffs' request to shorten time. The hearing on Plaintiffs' ex parte motion to enforce judgment will be held on July 1, 2011 at 1:00 pm in Courtroom 17 in the San Francisco division courthouse.

**IT IS SO ORDERED.**

Dated: June 28, 2011

NANDOR J. VADAS
United States Magistrate Judge